UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA ADAMS AND KRISTIN ADAMS,** | * | **CIVIL ACTION** |
| **INDIVIDUALLY AND ON BEHALF OF** | * | |
| **THEIR MINOR CHILDREN, KRISTIN** | * | |
| **NICOLE ADAMS AND BRAXTON** | * | **NO. 08-755** |
| **O'NEAL ADAMS** | * | |
| | * | |
| **VERSUS** | * | **SECTION "C"** |
| | * | |
| **OCCUPATIONAL MEDICINE SERVICES,** | * | |
| **L.L.C., LENNY A. FOLSE, N.P. AND** | * | **MAG. 1** |
| **ROBERT W. DAVIS, M.D.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT AS OF RIGHT
## PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE (F.R.C.P.) 15(A)

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Joshua Adams and

Kristin Adams, individually and on behalf of their minor children, Kristin Nicole Adams and

Braxton O'Neal Adams, who file this First Supplemental and Amending Complaint pursuant to

F.R.C.P. 15(a):

**1.**

The original Complaint for Damages and Trial by Jury in this matter was filed on January

25, 2008.

**2.**

As of this date, no answer or other responsive pleading has been filed by any defendant.

**3.**

By supplementing and amending the caption of this matter to include as a party defendant, American Casualty Company of Reading, Pennsylvania.

**4.**

By supplementing and amending paragraph 1 of the original Complaint for Damages to add a sub-part 4 to read as follows:

4.    **American Casualty Company of Reading, Pennsylvania,** is a foreign insurer domiciled in the State of Pennsylvania and having its principal place of business in the State of Illinois at 333 S. Wabash Avenue, Chicago, Illinois 60604 but authorized to do and/or doing business within the State of Louisiana and within the jurisdiction of this Honorable Court.

**5.**

At all pertinent times hereto, said defendant had in full force and effect a policy of professional liability insurance, issued to and insuring defendant, Lenny A. Folse, N.P. against the risk asserted herein and, as such, said defendant is directly liable to your plaintiffs, for such damages as may be deemed reasonable in the premises, pursuant to the Louisiana Direct Action Statute.

**WHEREFORE,** plaintiffs, Joshua Adams and Kristin Adams, individually and on behalf of their minor children, Kristin Nicole Adams and Braxton O'Neal Adams, reiterate each and every allegation filed in their original Complaint for Damages and Trial by Jury and pray that in addition defendant, American Casualty Company of Reading, Pennsylvania, be served with a copy of the original Complaint for Damages and Trial by Jury and this First Supplemental and Amending Complaint and that after all legal delays and due proceedings had, there be judgment herein in favor of plaintiffs and against defendants, jointly, severally and *in solido,* in such

amounts as may be deemed reasonable in the premises and for all other relief originally prayed for.

Respectfully submitted,

**THE GLORIOSO LAW FIRM**

VINCENT J. GLORIOSO, JR. (#6064)
MARIA B. GLORIOSO (#24435)
VINCENT J. GLORIOSO, III (#26896)
815 Baronne Street
New Orleans, LA  70113
Telephone:  (504) 569-9999
Facsimile:  (504) 569-9022
**Attorneys for Plaintiffs**

**PLEASE SERVE:**

**AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA**
Through the Louisiana Secretary of State:
Mr. Al Ater
3851 Essen Lane
Baton Rouge, LA  70804

3