UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSHUA ADAMS, ET AL**               *        **CIVIL ACTION**

**VERSUS**                             *        **No. 08-0755**

**OCCUPATIONAL MEDICINE SERVICES, L.L.C., ET AL**   *   **SECTION "C" (2)**

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agree upon a compromise,

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

> **COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, December 8, 2008

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE