UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA ADAMS AND KRISTIN ADAMS, | * | CIVIL ACTION |
| INDIVIDUALLY AND ON BEHALF OF | * | |
| THEIR MINOR CHILDREN, KRISTIN | * | |
| NICOLE ADAMS AND BRAXTON | * | NO. 08-755 |
| O'NEAL ADAMS | * | |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | |
| OCCUPATIONAL MEDICINE SERVICES, | * | |
| L.L.C., LENNY A. FOLSE, N.P. AND | * | MAG. 1 |
| ROBERT W. DAVIS, M.D. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion;

IT IS HEREBY ORDERED that the Court's Order of Dismissal be extended another 60 days, or until April 8, 2009 to consummate the settlement in this matter;

New Orleans, Louisiana, this 23rd day of January, 2009.

_____
JUDGE